FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 2 2 2026 ★
LONG ISLAND OFFICE

RECEIVED
JAN 2 2 2026
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
JAN 22 '26 AM9:19

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MUSTAFA AYGUN
1 Brennan Street
Huntington, NY 11743

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

UNITED STATES CIZITENSHIP AND IMMIGRATION SERVICES (USCIS)
ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; UR M, JADDOU, Director, U.S. Citizenship and Immigration Services; MERRICK GARLAND, Attorney General of the United States; BREON PEACE, United States Attorney, Eastern District of New York

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV 26 0378
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☒ No
*(check one)*

BROWN, J.

TISCIONE, M.J.

**Defendant No. 5:**

Merrick Garland

Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Ave, NW

Washington, DC 20530

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MUSTAFA AYGUN |
| Street Address | 1 Brennan Street |
| City and County | Huntington, Suffolk County |
| State and Zip Code | New York 11743 |
| Telephone Number | 631 896 5912 / 631 214 8572 |
| E-mail Address | semra.aygun713@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ur M. Jaddou |
| Job or Title (if known) | Director, U.S. Citizenship and Immigration Services |
| Street Address | 5900 Capital Gateway Drive |
| City and County | Camp Springs |
| State and Zip Code | MD, 20588 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Alejandro Mayorkas |
| Job or Title (if known) | Secretary, U.S. Department of Homeland Security |
| Street Address | 2707 Martin Luther King JR. Ave, SE |
| City and County | Washington |

State and Zip Code: DC, 20528

Telephone Number: ______

E-mail Address (if known): ______

Defendant No. 3

Name: United States Citizenship and Immigration Services (USCIS)

Job or Title (if known): 5900 Capital Gateway Drive

Street Address City and County State and Zip Code: Camp Springs

MD, 20588

Telephone Number: ______

E-mail Address (if known): ______

Defendant No. 4

Name: Breon Peace

Job or Title (if known): United States Attorney Eastern District of New York

Street Address City and County State and Zip Code: United States Attorney's Office

271 Cadman Plaza East

Brooklyn

New York, 11201

Telephone Number: ______

E-mail Address (if known): ______

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

8 U.S.C. § 1447(b) (Action for judicial review of naturalization application); 28 U.S.C. § 1361 (Mandamus Act); and 5 U.S.C. § 701 et seq. (Administrative Procedure Act).

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. *Or* is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________. *Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)* ________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

________________________________________________________

________________________________________________________

________________________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff filed Form N-400, Application for Naturalization, with USCIS. (Exhibit A)

2. On August 29, 2024, Plaintiff appeared for a naturalization interview at the USCIS Holtsville Field Office located at 30 Barretts Avenue, Holtsville, NY 11742. (Exhibit B)

3. Plaintiff successfully passed the English and Civics portions of the examination. (Exhibit C)

4. Despite the passage of approximately 18 months since the examination, no decision has been rendered. (Exhibit C)

5. Plaintiff has exhausted all administrative remedies, including: (Exhibit D)

* Filing three (3) separate Service Requests with USCIS. (Exhibit D)
* Seeking congressional assistance through the office of Senator Kirsten Gillibrand and Congressman Nick LaLota. (Exhibit D)
* Filing a request for assistance with the CIS Ombudsman, which resulted in a notification that no further action would be taken. (Exhibit D)

6. Plaintiff's Permanent Resident Card (Green Card) is set to expire soon. The continued delay in adjudicating Plaintiff's naturalization application creates an undue hardship and legal uncertainty regarding Plaintiff's proof of status. (Exhibit E)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that this Court:

(1) Assume jurisdiction over this application;

(2) Grant Plaintiff's application for naturalization and schedule an oath ceremony;

(3) Or, in the alternative, order Defendants to adjudicate the application within 15 days;

(4) Grant such other relief as the Court deems just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/22, 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Mustafa Aygun