UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MUSTAFA AYGUN,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); KRISTI NOEM, Secretary, U.S. Department of Homeland Security; JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; PAMELA BONDI, Attorney General of the United States; JOSEPH NOCELLA, JR., United States Attorney, Eastern District of New York, [1]

Defendants.

---------------------------------------------------------------x

**STIPULATION AND**
**<u>ORDER OF DISMISSAL AND REMAND</u>**

Civil Action No.
26-cv-0378

(Brown, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that

1. This action is dismissed and Plaintiff's claims, as set forth in the complaint that was filed in this action, are remanded to United States Citizenship and Immigration Services ("USCIS") pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party, subject to the provisions of paragraph 2 herein.

2. The remand is without prejudice to Plaintiff's right to reinstate this action if USCIS does not render a decision on Plaintiff's Application for Naturalization (Form N-400) within sixty (60) days of this Stipulation and Order of Dismissal and Remand being so-ordered

---

[1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit, therefore, DHS Secretary Noem has been substituted for DHS Secretary Mayorkas; USCIS Director Edlow has been substituted for USCIS Director Jaddou; Attorney General Bondi has been substituted for Attorney General Garland and U.S. Attorney Nocella has been substitute for U.S. Attorney Peace.

by the Court. If Plaintiff fails to reinstate this action between 61 and 90 days from the date this Stipulation and Order of Dismissal and Remand is so-ordered, this action shall be deemed to be dismissed with prejudice.

3. The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order of Dismissal and Remand.

Dated: Huntington, New York
February 20, 2026

Mustafa Aygun
*Pro Se Plaintiff*
1 Brennan Street
Huntington, New York 11743
(631) 896-5912/(631) 214-8572
semra.aygun713@gmail.com

Dated: Brooklyn, New York
February 24, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By: /s/ Varuni Nelson
Varuni Nelson
Assistant U.S. Attorney
(718) 254-6015
varuni.nelson@usdoj.gov

SO ORDERED this

________day of ________________, 2026

________________________________
HONORABLE GARY BROWN
United States District Judge